No. 73–73.  AMF INC. *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 73–307.  LUPIA *v.* STELLA D'ORO BISCUIT CO., INC.; and

No. 73–381.  WINOKUR ET AL. *v.* BELL FEDERAL SAVINGS & LOAN ASSN. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 73–891.  PURIN, AKA MOREIRA *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 73–912.  MULLIGAN ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 73–939.  CHAMBERS *v.* CHAMBERS.  Sup. Ct. N. J. Certiorari denied.

No. 73–1274.  DELTA AIR LINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 73–1284.  MERVIN *v.* FEDERAL TRADE COMMISSION. C. A. D. C. Cir.  Certiorari denied.

No. 73–1333.  GENERAL TIRE & RUBBER CO. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 73–1334.  PEELE *v.* JONES, YOUTH CENTER SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.